B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

IN RE: Outsource Holdings, Inc.      Case No. 11-41938-dml-11

Chapter 11

## AMENDED 4/18/2011
## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| BNY Mellon<br>Attn: Valerie Nuhfer<br>525 William Penn Place, 7th Flr<br>Pittsburgh, PA 15259 | Valerie Nuhfer<br><br>412-236-3133 | Indenture | | $5,280,058.38 |
| James Young<br>5010 91st St., #8<br>Lubbock, TX 79424 | | 2009 Notes | | $688,500.00 |
| Duncan Burkholder<br>4515 Marsha Sharp Frwy.<br>Lubbock, TX 79407 | | 2009 Notes | | $688,500.00 |
| John Walton<br>4718 S. Loop 289<br>Lubbock, TX 79414 | | 2009 Notes | | $573,750.00 |
| Larry Rother<br>3601 Misty Creek Dr.<br>Austin, TX 78735 | | 2009 Notes | | $570,000.00 |
| Jim Burke<br>8136 Sundance Dr.<br>Mansfield, TX 76063 | | 2009 Notes | | $570,000.00 |

B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

IN RE: Outsource Holdings, Inc.     Case No. 11-41938-dml-11

Chapter 11

*AMENDED 4/18/2011*

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 1*

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| James Mills<br>8160 Sundance Dr.<br>Mansfield, TX 76063 | | 2009 Notes | | $570,000.00 |
| Ricky Green<br>4903 97th St.<br>Lubbock, TX 79424 | | 2009 Notes | | $401,625.00 |
| Greg Garland<br>5723 83rd Lane<br>Lubbock, TX 79424 | | 2009 Notes | | $401,625.00 |
| Keefe, Bruyette & Woods<br>787 Seventh Ave., 5th Flr.<br>New York, NY 10019 | | Marketing Fee | *Contingent* | $400,000.00 |
| Ronnie Malone<br>5506 Vista Meadow<br>Dallas, TX 75248 | | 2009 Notes | | $285,000.00 |
| Bruce Orr<br>3617 Woodedcreek Cr.<br>Arlington, TX 76016 | | 2009 Notes | | $285,000.00 |
| James Young<br>5010 91st St., #8<br>Lubbock, TX 79424 | | 2010 Notes | | $22,145.00 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE: Outsource Holdings, Inc.　　　　　Case No. 11-41938-dml-11

Chapter 11

*AMENDED 4/18/2011*
## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
*Continuation Sheet No. 2*

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Duncan Burkholder<br>4515 Marsha Sharp Frwy.<br>Lubbock, TX 79407 | | 2010 Notes | | $22,145.00 |
| John Walton<br>4718 S. Loop 289<br>Lubbock, TX 79414 | | 2010 Notes | | $18,455.00 |
| Ricky Green<br>4903 97th St.<br>Lubbock, TX 79424 | | 2010 Notes | | $12,918.00 |
| Greg Garland<br>5723 83rd Lane<br>Lubbock, TX 79424 | | 2010 Notes | | $12,918.00 |
| Ronnie Malone<br>5506 Vista Meadow<br>Dallas, TX 75248 | | 2010 Notes | | $9,227.00 |
| Bruce Orr<br>3617 Woodedcreek Cr.<br>Arlington, TX 76016 | | 2010 Notes | | $9,227.00 |
| Texas State Comptroller<br>111 E. 17th St.<br>Austin TX 78774-0001 | | State Franchise Taxes | | $0.00 |

B4 (Official Form 4) (12/07)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

IN RE: Outsource Holdings, Inc.

Case No. 11-41938-dml-11

Chapter 11

*AMENDED 4/18/2011*

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 3*

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ **Director** _____ of the _____ **Corporation** _____ named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: 4/18/2011

Signature: _____
Doug Boyd
Director