Jeff P. Prostok
State Bar No. 16352500
Lynda L. Lankford
State Bar No. 11935020
Clarke V. Rogers
State Bar No. 24052901
FORSHEY & PROSTOK LLP
777 Main St., Suite 1290
Ft. Worth, TX 76102
Telephone: (817) 877-8855
Facsimile: (817) 877-4151

ATTORNEYS FOR DEBTOR
AND DEBTOR IN POSSESSION

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| In re: | § | Chapter 11 Case |
|---|---|---|
|  | § |  |
| OUTSOURCE HOLDINGS, INC., | § | Case No. 11-41938-dml-11 |
|  | § |  |
| Debtor. | § |  |

## NOTICE OF NO ADDITIONAL QUALIFIED BIDS

**PLEASE TAKE NOTICE** that, pursuant to the Auction Procedures[1] approved by the Court on May 5, 2011, and June 6, 2011, the Debtor did not receive any Qualified Bids, other than the bid of the Stalking Horse Bidder, prior to the Bid Deadline. As a result, the Debtor will not conduct an Auction of the Stock on June 22, 2011 and will not proceed with a private negotiated sale of the Stock among Qualified Bidders. The Debtor therefore intends to proceed with the Final Hearing on June 27, 2011 at 9:30 a.m. (prevailing Fort Worth, Texas time) to approve the Acquisition Agreement and the sale and use of the Stock as described in *Debtor's Motion for Orders Approving (i) Initial Bidder Expense Reimbursements, (ii) Auction Procedures, (iii) Form and Manner of Sale Notice, and (iv) Authorizing the Use and Sale of*

---

[1] Capitalized terms used herein and not otherwise defined shall have the meanings ascribed to them in the Second Amended Auction Procedures approved by the Court pursuant to Order entered June 6, 2011.

1

*Debtor's Interests in Jefferson Bank Free and Clear of All Liens, Claims, Encumbrances, and Interests.*

Dated: June 21, 2011                              Respectfully submitted,

/s/ Lynda L. Lankford
Jeff P. Prostok
State Bar No. 16352500
Lynda L. Lankford
State Bar No. 11935020
Clarke V. Rogers
State Bar No. 24052901
FORSHEY & PROSTOK LLP
777 Main St., Suite 1290
Ft. Worth, TX 76102
Telephone: (817) 877-8855
Facsimile: (817) 877-4151

ATTORNEYS FOR DEBTOR
AND DEBTOR IN POSSESSION

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document was served via ECF Electronic Notice, where available, and via first class mail on the parties listed on the attached service list on this the 21st day of June, 2011.

/s/ Lynda L. Lankford
Lynda L. Lankford

L:\JPROSTOK\Outsource Holdings #5454\Pleadings\Notice of No Bids 6.21.11.doc

2

*Outsource Holdings, Inc.*
*Service List*
*#5454*

Outsource Holdings, Inc.
Doug Boyd
7806 Indiana Avenue
Lubbock, TX 79423

Office of the U.S. Trustee
1100 Commerce St., Room 976
Dallas, TX 75242-1496

Barry Brown
3801 85th St.
Lubbock, TX 79423

Barry Orr
3805 85th St.
Lubbock, TX 79423

BNY Mellon
Attn: Valerie Nuhfer
525 William Penn Place, 7th Floor
Pittsburgh, PA 15259

Bruce Orr
3617 Woodedcreek Cr.
Arlington, TX 76016

Doug Boyd
5124 Arrowhead
Plano, TX 75093

Duncan Burkholder
4515 Marsha Sharp Freeway
Lubbock, TX 79407

Greg Garland
5723 83rd Lane
Lubbock, TX 79424

James Mills
8160 Sundance Dr.
Mansfield, TX 76063

James Young
5010 91st St., #8
Lubbock, TX 79424

Jim Burke
8136 Sundance Dr.
Mansfield, TX 76063

John Walton
4718 S. Loop 289
Lubbock, TX 79414

Larry Rother
3601 Misty Creek Dr.
Austin, TX 78735

Ricky Green
4903 97th St.
Lubbock, TX 79424

Ronnie Malone
5506 Vista Meadow
Dallas, TX 75248

Sami Ebrahim
11551 Forrest Central Dr., Suite 230
Dallas, TX 75243

Terry Grantham
8404 Salem
Lubbock, TX 79424

~~Terry Grantham~~
~~8405 Salem~~
~~Lubbock, TX 79425~~

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

First Bank Lubbock Bancshares, Inc./First Bank &
Trust, Lubbock, TX
c/o Hunton & Williams LLP
Jesse Moore
111 Congress Ave., Suite 1800
Austin, TX 78701

Troutman Sanders, LLP
Jeff Kelley, Tom Powell, Brad Resweber
600 Peachtree St., NE, Suite 5200
Atlanta, Ga 30308-2216

Fenimore Kay & Harrison LLP
Geoffrey Kay
111 Congress Avenue, Suite 820
Austin, TX 78701

Texas Department of Banking
Robert Bacon
2601 N. Lamar Blvd.
Austin, TX 78705

Texas Department of Banking
Charles Cooper
2601 N. Lamar Blvd.
Austin, TX 78705

Texas Department of Banking
2601 N. Lamar Blvd.
Austin, TX 78705

Federal Deposit Insurance Corp.
Donald B. McKinley
1601 Bryan St.
Dallas, TX 75201

Federal Trade Commission
600 Pennsylvania Ave., NW
Washington, DC 20580

Office of the Assistant Attorney General
Anti-Trust Div.
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530-0001

SEC Headquarters
100 F St., NE
Washington, DC 20549

SEC – Fort Worth Regional Office
Rose L. Romero, Regional Director
Burnett Plaza, Suite 1900
801 Cherry St., Unit 18
Fort Worth, TX 76102

Office of the Comptroller of Currency
Karen H. Bryant, Director of District licensing
500 North Akard St., Suite 1600
Dallas, TX 75201

Federal Reserve Bank of Dallas
Gayle Teague
2200 North Pearl
Dallas, TX 75201-2272

BNY Mellon
Attn: Dennis J. Roemlein
601 Travis St., 18th Floor
Houston, TX 77002

First Bank Lubbock Bancshares, Inc./First Bank & Trust, Lubbock, TX
c/o Hunton & Williams LLP
Andrew Jillson/Michael Held
1445 Ross Avenue, Suite 3700
Dallas, TX 75202-2799

The Mitchell Law Firm, LP
Gregory W. Mitchell
8140 Walnut Hill, Suite 301
Dallas, TX 75231

MidSouth Bank, N.A.
c/o Jeffrey W. Kelley
Troutman Sanders LLP
Bank of America Plaza
600 Peachtree St., Suite 5200
Atlanta, GA 30308-2216

Tricadia CDO Management, LLC
c/o Stephen Goodwin/Lisa Lucas
Carrington, Coleman, et al.
901 Main St., Suite 5500
Dallas, TX 75202

Keefe, Bruyette & Woods
787 Seventh Ave., 5th Flr.
New York, NY 10019

Texas State Comptroller
111 E. 17th St.
Austin, TX 78774-0001

Tricadia CDO Management, LLC
c/o Gerard Catalanello/William Heuer
Duane Morris LLP
1540 Broadway
New York, NY 10036-4086

James R. Burke, James D. Mills
Larry W. Rother
c/o Barbara Hargis
Harris Finley & Bogle, PC
777 Main St., Suite 3600
Fort Worth, TX 76102

Anthony J. Pacchia, Examiner
120 West 45th St., Sixth Floor
New York, NY 10036

Examiner
c/o Michael D. Warner
Cole, Schotz, Meisel, et al.
301 Commerce St., Suite 1700
Fort Worth, TX 76102